FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 2 1 2006

JAMES W. McCORMACK, CLERK
By:_____
            DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

HYUNDAI MOTOR FINANCE COMPANY                    PLAINTIFF

v.                    Case No. 4:06-CV-1714 GH

MCKAY MOTORS I LLC AND
JOHN P. MCKAY, JR.                               DEFENDANTS

## TEMPORARY RESTRAINING ORDER

Pending before the Court is plaintiff's verified complaint for Temporary Restraining Order. Counsel for plaintiff has provided the defendants with notice of plaintiff's request for a Temporary Restraining Order by notifying defendants' attorney, Jack Pruniski at (501)370-0110.

In Dataphase Systems, Inc. v. C.L. Systems, Inc., 640 F. 2d 109 (8th Cir. 1981) (en banc), the Court articulated the elements necessary for injunctive relief and stated that the certainty with which movant must demonstrate a likelihood of succeeding on the merits varies with the extent of irreparable harm the movant will suffer if the relief is not granted. As the Court explained:

> Whether a preliminary injunction should issue involves consideration of:
>
> (1) the threat of irreparable harm to the movant;
> (2) the state of the balance between this harm and the injury that granting the injunction will inflict on other parties litigant;
> (3) the probability that movant will succeed on the merits; and
> (4) the public interest.
>
> If the chance of irreparable injury to the movant should relief be denied is outweighed by the likely injury to other parties litigant should the injunction be granted, the moving party faces a heavy burden of demonstrating that he is likely to prevail on the merits. Conversely, where the movant has raised a substantial question and the equities are otherwise strongly in his favor, the showing of success on merits can be less.

Dataphase, 64- F.2d at 113.

Based upon the complaint which has been verified by Sam Frobe, National Manager of Commercial Credit of Hyundai Motor Finance Company, the Court finds by a preponderance of the evidence and pursuant to Rule 65 of the Federal Rules of Civil Procedure, that immediate and irreparable harm, consisting of the loss of plaintiff's collateral, will result to plaintiff before defendants can be heard in opposition to the motion. Plaintiff alleges in the verified complaint that defendants have repeatedly sold the Collateral of plaintiff and failed to remit the sale proceeds to plaintiff as required by the Contract between plaintiff and defendants to the extent of $545,103.63. Plaintiff has requested the defendants to surrender its remaining Collateral or allow plaintiff to take possession of the Collateral and defendants have refused. The Court further finds that in view of defendant's apparent poor financial condition and other factors, no adequate remedy at law is available to Hyundai to avoid additional losses.

Therefore, plaintiff's request for a Temporary Restraining Order is granted up to and including the close of business on the tenth day following the entry of this Order, unless further extended pursuant to Rule 65(b) of the Federal Rules of Civil Procedure. McKay Motors I, LLC, doing business as McKay Hyundai, its employees, officers, servants, attorneys and agents are prohibited from selling, leasing, transferring, consuming, or otherwise disposing of any of the Collateral of Hyundai, including without limitation the motor vehicles described in the attachment to this Order unless the sales or transfers are authorized by Hyundai in a separate writing subsequent to the

entry of this order. Any and all proceeds from the sale or other transfers of the Collateral of Hyundai so authorized by Hyundai shall be paid directly to Hyundai.

SO ORDERED THIS 21st day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE

Without admitting or denying any of the allegations in Plaintiff's Complaint, McKay Motors I, LLC and John P. McKay, Jr. hereby consent to the entry of the foregoing Temporary Restraining Order this 21st day of December, 2006.

McKay Motors I, LLC

By: _____
     John P. McKay, Jr., Manager

_____
John P. McKay, Jr.

675885                                3

**UNITS REMAINING IN INVENTORY**

| Vin# | Last Six | Year | Make | Model | | | Effective Date | Principal |
|---|---|---|---|---|---|---|---|---|
| **Collateral Type: Demonstrators** | | | | | | | | |
| 5NMSH13E57H | 005454 | 2007 | HYUN | SANTA | FE | | 10/10/2006 | 26,040.00 |
| Collateral Totals: 1 Unit | | | | | | | | 26,040.00 |
| **Collateral Type: Service Loaners** | | | | | | | | |
| 5NPEU46F67H | 167184 | 2007 | HYUN | SONATA | GL | S/L | 7/3/2006 | 20,904.36 |
| 5NPEU46F07H | 177450 | 2007 | HYUN | SONATA | GL | S/L | 7/3/2006 | 20,288.96 |
| 5NPEU46F87H | 182485 | 2007 | HYUN | SONATA | GL | S/L | 7/3/2006 | 20,904.36 |
| 5NPEU46F87H | 183334 | 2007 | HYUN | SONATA | GL | S/L | 7/3/2006 | 20,110.56 |
| KMHFU46E85A | 426557 | 2006 | HYUN | XG350 | L | | 11/2/2005 | 20,005.40 |
| Collateral Totals: 5 Units | | | | | | | | 102,212.72 |
| **Collateral Type: New Hyundai Vehicles** | | | | | | | | |
| 5NMSG13D37H | 002117 | 2007 | HYUN | SANTA | FE | | 7/14/2006 | 22,042.00 |
| 5NMSH13E37H | 004441 | 2007 | HYUN | SANTA | FE | | 6/30/2006 | 23,305.00 |
| 5NMSG13D77H | 006753 | 2007 | HYUN | SANTA | FE | | 7/5/2006 | 22,042.00 |
| 5NMSG13D47H | 006984 | 2007 | HYUN | SANTA | FE | | 7/5/2006 | 23,572.00 |
| 5NMSH13E47H | 007477 | 2007 | HYUN | SANTA | FE | | 7/5/2006 | 25,095.00 |
| KMHCM36C57U | 006338 | 2007 | HYUN | ACCENT | | | 7/5/2006 | 12,091.00 |
| 5NMSH13E47H | 009454 | 2007 | HYUN | SANTA | FE | | 7/5/2006 | 23,215.00 |
| 5NMSH13E57H | 009784 | 2007 | HYUN | SANTA | FE | | 7/7/2006 | 23,215.00 |
| KNDMC233076 | 014830 | 2007 | HYUN | ENTOURAGE | | | 8/29/2006 | 25,468.00 |
| KNDMC233076 | 019004 | 2007 | HYUN | ENTOURAGE | | | 7/8/2006 | 25,792.00 |
| KNDMC233176 | 019738 | 2007 | HYUN | ENTOURAGE | | | 7/3/2006 | 23,795.00 |
| KNDMC233175 | 021554 | 2007 | HYUN | ENTOURAGE | | | 7/3/2006 | 23,735.00 |
| KNDMC233676 | 022170 | 2007 | HYUN | ENTOURAGE | | | 7/3/2006 | 28,519.00 |
| 5NPEU46F96H | 077860 | 2006 | HYUN | SONATA | GL | GL | 2/15/2006 | 23,385.00 |
| 5NPEU46F56H | 078914 | 2006 | HYUN | SONATA | GL | GL | 2/15/2006 | 23,385.00 |
| 5NPEU46F86H | 093762 | 2006 | HYUN | SONATA | GL | GL | 2/17/2006 | 22,001.00 |
| KM8JN72D15U | 098210 | 2005 | HYUN | TUCSON | | | 3/2/2005 | 15,459.50 |
| KMHFC46F16A | 121685 | 2006 | HYUN | AZERA | SE/ | LIM | 6/23/2006 | 27,732.00 |
| 5NPEU46C46H | 128357 | 2006 | HYUN | SONATA | GL | GL | 3/1/2006 | 19,826.00 |
| 5NPEU46CX6H | 128907 | 2006 | HYUN | SONATA | GL | GL | 3/6/2006 | 20,332.00 |
| 5NPEU46F67H | 160352 | 2007 | HYUN | SONATA | GL | S/L | 7/3/2006 | 22,152.00 |
| 5NPEU46C36H | 172758 | 2006 | HYUN | SONATA | GL | GL | 5/10/2006 | 19,826.00 |
| 5NPEU46FX7H | 173017 | 2007 | HYUN | SONATA | GL | GL | 7/10/2006 | 20,521.00 |
| 5NPEU46F47H | 176575 | 2007 | HYUN | SONATA | GL | S/L | 7/10/2006 | 21,016.00 |
| 5NPEU46F07H | 176640 | 2007 | HYUN | SONATA | GL | S/L | 6/30/2006 | 21,198.00 |
| 5NPEU46F07H | 187251 | 2007 | HYUN | SONATA | GL | S/L | 7/19/2006 | 20,521.00 |
| 5NPEU46F87H | 187698 | 2007 | HYUN | SONATA | GL | S/L | 10/10/2006 | 23,907.00 |
| 5NPEU46F57H | 188517 | 2007 | HYUN | SONATA | GL | S/L | 7/31/2006 | 20,521.00 |
| KMHDN46D56U | 234801 | 2006 | HYUN | ELANTRA | G | LS/ | 12/21/2005 | 13,696.00 |
| KMHDN46D26U | 245100 | 2006 | HYUN | ELANTRA | G | LS/ | 1/30/2006 | 14,749.00 |
| KMHCG35C15U | 362993 | 2005 | HYUN | ACCENT | GT | /GL | 12/7/2005 | 10,364.00 |
| KMHCG35C55U | 364102 | 2005 | HYUN | ACCENT | GT | /GL | 12/21/2005 | 11,810.00 |
| KMHCG35C05U | 364542 | 2005 | HYUN | ACCENT | GT | /GL | 1/2/2006 | 11,175.00 |
| KM8JN12D66U | 390841 | 2006 | HYUN | TUCSON | | | 7/3/2006 | 22,242.00 |
| Collateral Totals: 34 Units | | | | | | | | 719,706.50 |
| **Collateral Type: Used Vehicles** | | | | | | | | |
| H06206A | 5NPEU46F86H | 010431 | 2006 | HYUN | SONATA | GL | GL | 6/13/2006 | 17,816.00 |
| | 2CNDL13F656 | 029768 | 2005 | CHEV | EQUINO | X | | 6/19/2006 | 11,225.00 |
| | 1G1JC524627 | 165432 | 2002 | CHEV | CAVALI | ER/ | CAV | 6/22/2006 | 4,850.00 |
| H06224A | 2HJYK16526H | 502644 | 2006 | HOND | RTL | | | 5/2/2006 | 23,340.00 |
| H06216A | KMHCG45C75U | 648963 | 2005 | HYUN | ACCENT | GL | | 7/14/2006 | 7,240.00 |
| H06234A | KMHWF25GX4A | 965451 | 2004 | HYUN | SONATA | GL | | 6/16/2006 | 7,620.00 |
| Collateral Totals: 6 Units | | | | | | | | 72,091.00 |
| **Dealer Totals: 46 Units** | | | | | | | | 911,650.22 |

**SOLD AND UNPAID UNITS AS OF 12/20/06**

| Vin# | Last Six | Year | Make | Model | | | Effective Date | Principal | Status |
|---|---|---|---|---|---|---|---|---|---|
| 5NPEU46F36H | 078057 | 2006 | HYUN | SONATA | GL | S/L | 10/23/2006 | 23,385.00 | SOLD |
| 5NMSG13D67H | 002071 | 2007 | HYUN | SANTA | FE | | 7/3/2006 | 22,042.00 | SOLD |
| 5NMSH13E67H | 005357 | 2007 | HYUN | SANTA | FE | | 7/5/2006 | 26,185.00 | SOLD |
| 5NMSH13E37H | 010420 | 2007 | HYUN | SANTA | FE | | 7/5/2006 | 25,950.00 | SOLD |
| KM8SC13D76U | 033031 | 2006 | HYUN | SANTA | FE | | 10/12/2005 | 21,680.00 | SOLD |
| KM8SC13E16U | 038282 | 2006 | HYUN | SANTA | FE | | 10/12/2005 | 22,391.00 | SOLD |
| KM8SC13E76U | 040057 | 2006 | HYUN | SANTA | FE | | 10/12/2005 | 22,337.00 | SOLD |
| KM8SC13D76U | 047597 | 2006 | HYUN | SANTA | FE | | 10/10/2005 | 13,712.02 | SOLD |
| KM8SC13D56U | 055478 | 2006 | HYUN | SANTA | FE | | 10/12/2005 | 22,494.00 | SOLD |
| KMHFC46F76A | 098169 | 2006 | HYUN | AZERA | SE/ | LIM | 6/12/2006 | 26,705.00 | SOLD |
| 5NPEU46C66H | 129599 | 2006 | HYUN | SONATA | GL | S/L | 3/6/2006 | 19,826.09 | SOLD |
| 5NPET46C47H | 178766 | 2007 | HYUN | SONATA | GL | | 7/3/2006 | 18,363.00 | SOLD |
| KMHDN46D96U | 262231 | 2006 | HYUN | ELANTRA | A G | LS/ | 2/20/2006 | 14,487.00 | SOLD |
| KMHDN46D66U | 263192 | 2006 | HYUN | ELANTRA | A G | LS/ | 2/20/2006 | 14,487.00 | SOLD |
| KMHDN46D26U | 263351 | 2006 | HYUN | ELANTRA | A G | LS/ | 3/1/2006 | 14,502.00 | SOLD |
| KM8JN12D76U | 304802 | 2006 | HYUN | TUCSON | | | 7/3/2006 | 20,536.00 | SOLD |
| KM8JN12B06U | 413711 | 2006 | HYUN | TUCSON | | | 6/26/2006 | 19,151.00 | SOLD |
| KM8JN12D66U | 441786 | 2006 | HYUN | TUCSON | | | 7/3/2006 | 20,636.00 | SOLD |
| KM8JN12B76U | 465952 | 2006 | HYUN | TUCSON | | | 6/21/2006 | 19,051.00 | SOLD |
| KM8JN12B16U | 475235 | 2006 | HYUN | TUCSON | | | 7/12/2006 | 19,122.00 | SOLD |
| 1G2WW12E55M | 126801 | 2005 | PONT | GRAND | AM | GT | 4/21/2006 | 10,960.00 | SOLD |
| KMHCG35C73U | 257122 | 2003 | HYUN | ACCENT | GS | | 4/29/2006 | 9,840.00 | SOLD |
| 1GNDS136122 | 270481 | 2002 | CHEV | TRAILB | LAZ | ER | 4/28/2006 | 11,185.00 | SOLD |
| 5TBRT34164S | 455623 | 2004 | TOYT | TUNDRA | AC | CES | 4/21/2006 | 15,905.00 | SOLD |
| 24 UNITS | | | | | TOTAL SOLD AND UNPAID | | | 448,552.82 | |

