IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

HYUNDAI MOTOR FINANCE COMPANY                    PLAINTIFF

v.                         Case No. 4:06-CV-1714 GH

MCKAY MOTORS I LLC AND
JOHN P. MCKAY, JR.                               DEFENDANTS

## ORDER

On December 21, 2006, a temporary restraining order was entered in this case with the express consent of each of the defendants. The temporary restraining order provided:

> Therefore, plaintiff's request for a Temporary Restraining Order is granted up to and including the close of business on the tenth day following the entry of this Order, unless further extended pursuant to Rule 65(b) of the Federal Rules of Civil Procedure. McKay Motors I, LLC, doing business as McKay Hyundai, its employees, officers, servants, attorneys and agents are prohibited from selling, leasing, transferring, consuming or otherwise disposing of any of the Collateral of Hyundai, including without limitation the motor vehicles described in the attachment to this Order unless the sales or transfers are authorized by Hyundai in a separate writing subsequent to the entry of this order. Any and all proceeds from the sale or other transfers of the Collateral of Hyundai so authorized by Hyundai shall be paid directly to Hyundai.

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure the Court hereby orders that the effectiveness of the temporary restraining order entered on December 21, 2006 is hereby extended to and including _Jan 9, 2007_.

IT IS SO ORDERED THIS 26TH day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE

676746