**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**HYUNDAI MOTOR FINANCE COMPANY**                                              **PLAINTIFF**

v.                                            4:06CV01714-WRW

**MCKAY MOTORS I LLC AND
JOHN P. MCKAY, JR.**                                                           **DEFENDANTS**

**ORDER**

On December 21, 2006, a temporary restraining order was entered in this case with the express consent of each of the defendants. The temporary restraining order provided:

> Therefore, plaintiff's request for a Temporary Restraining Order is granted up to and including the close of business on the tenth day following the entry of this Order, unless further extended pursuant to Rule 65(b) of the Federal Rules of Civil Procedure. McKay Motors I, LLC, doing business as McKay Hyundai, its employees, officers, servants, attorneys and agents are prohibited from selling, leasing, transferring, consuming or otherwise disposing of any of the Collateral of Hyundai, including without limitation the motor vehicles described in the attachment to this Order unless the sales or transfers are authorized by Hyundai in a separate writing subsequent to the entry of this order. Any and all proceeds from the sale or other transfers of the Collateral of Hyundai so authorized by Hyundai shall be paid directly to Hyundai.

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, on December 28, 2006 the Court ordered that the effectiveness of the temporary restraining order entered on December 21, 2006 would be extended to and including January 9, 2007. On December 29, 2006, the defendants filed their objection to the entry of an order for delivery pursuant to Ark. Code Ann. § 18-60-808. The Court will schedule a hearing on the request for an order for delivery. Pursuant to Rule 65(b), the effectiveness of the temporary restraining order entered on December 21, 2006 and extended to January 9, 2006, will be further extended by agreement of the parties to January 31, 2007. The

defendants shall have an extension of time to and including January 22, 2007 within which to file an answer or otherwise respond to plaintiff's complaint.

      IT IS SO ORDERED 9th day of January, 2007.

                                          /s/Wm. R. Wilson, Jr.
                                  UNITED STATES DISTRICT JUDGE

Without admitting or denying any of the allegations in Plaintiff's Complaint, McKay Motors I, LLC and John P. McKay, Jr. hereby consent to the entry of the foregoing Order this 8 day of December, 2006.

McKay Motors I, LLC


By:/s/ John P. McKay, Jr., Manager
      John P. McKay, Jr., Manager


/s/ John P. McKay, Jr.
John P. McKay, Jr.


Wright, Lindsey & Jennings LLP

By:/s/Charles T. Coleman
      Charles T. Coleman, Attorneys
      for Hyundai Motor Finance Company