IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

HYUNDAI MOTOR FINANCE COMPANY     PLAINTIFF

v.     Case No. 4:06-CV-1714 WRW

MCKAY MOTORS I LLC AND
JOHN P. MCKAY, JR.     DEFENDANTS

### ORDER FOR DELIVERY

Hyundai Motor Finance Company (Hyundai Finance), by and through one of its attorneys, filed its verified complaint for replevin against the defendants in the United States District Court for the Eastern District of Arkansas, seeking immediate possession of the following:

a) All inventory of new and used motor vehicles and other personal property held for sale or lease including, but not limited to, display or demonstration items, returns and repossessions, and all accessories and additions or accessions thereto,

b) All accounts or rights to payment of money including, but not limited to, accounts receivable from any manufacturer or distributor, and any dealer participation or other account maintained by Lender in the name of Dealer;

c) All chattel paper, contract rights and general intangibles;

d) All office furniture, shop equipment, computer equipment and records, tools, lease improvements and fixtures, and other personal property; and

e) All cash and non-cash proceeds of all of the foregoing including, but not limited to, insurance proceeds, chattel paper, accounts or assignments of accounts ("Collateral").

In accordance with Ark. Code Ann. § 18-60-801, et seq., John P. McKay, Jr. was personally and as agent for service for McKay Motors I, LLC, served with the complaint, summons and 5-day Replevin Notice on December 22, 2006. The Replevin Notice to

defendants provided that if the defendants have any objection to the entry of an order for delivery requiring them to deliver the Collateral described in the complaint, the objection must be made in the form of a written response filed within five (5) days of service of the summons and complaint, excluding Sundays and holidays. The notice further provided that in the event no such written objection was filed and served within the five-day period, the order for delivery could be issued forthwith.

This Court hereby finds and orders that the defendants were properly served and have filed an objection to the request for entry of an order for delivery within the time and in the manner required by law. The Court also finds and orders that the defendants have consented to the entry of this order for delivery, without admitting or denying the allegations contained in the complaint.

The defendants, McKay Motors I, LLC and John P. McKay, Jr., are therefore ORDERED to immediately deliver into the possession of Hyundai Finance the collateral described as:

> all inventory of new and used motor vehicles held for sale, lease or otherwise ("Surrender Collateral"). A listing of new and used motor vehicles is attached as Exhibit A.

If the defendants fail to immediately deliver the Surrender Collateral to Hyundai Finance, Hyundai Finance shall be entitled to use all reasonable means to remove the Surrender Collateral from the business premises or in the alternative, the United States Marshal, the Jefferson County Sheriff, or other authorized official, is directed to take possession of the Surrender Collateral, wherever located, and deliver it to Hyundai Finance. The Jefferson County Sheriff, United States Marshal or other authorized official, is directed to use all reasonable force necessary to enter the premises to obtain the Surrender Collateral. No

replevin bond shall be required. The remaining Collateral shall remain subject to the December 21, 2006 temporary restraining order as extended and the replevin complaint of Hyundai Finance.

IT IS THEREFORE CONSIDERED, ORDERED, AND ADJUDGED that Hyundai Motor Finance Company have and recover from the defendants, McKay Motors I, LLC and John P. McKay, Jr., the above-described Surrender Collateral, and that Hyundai Finance is hereby authorized to proceed with liquidation of the above-described Surrender Collateral pursuant to the Uniform Commercial Code and directed to apply the net sale proceeds to the balance of the indebtedness owed to Hyundai Finance by the defendants.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Jan 9, 2007
_____
DATE

Without admitting or denying any of the
allegations in Plaintiff's Complaint, McKay
Motors I, LLC and John P. McKay, Jr.
hereby consent to the entry of the foregoing
Order of Delivery this  8  day of January, 2007.

McKay Motors I, LLC

By: _____
John P. McKay, Jr., Manager

_____
John P. McKay, Jr.

677001                                                        3

Wright, Lindsey & Jennings LLP

By: _____
Charles T. Coleman, Attorneys
for Hyundai Motor Finance Company

Exhibit "A" is true & correct to the best knowledge and belief of John P. McKay Jr as of this date 01/08/07

*John P. McKay Jr* [signature]

### UNITS REMAINING IN INVENTORY

| Collateral Type | Vin# | Last 6/b | Year | Make | Model | | Effective Date | Principal |
|---|---|---|---|---|---|---|---|---|
| **Demonstrators** | | | | | | | | |
| | 5NMSH13E67H | 005454 | 2007 | HYUN | SANTA | FE | 10/10/2006 | 26,040.00 |
| Collateral Totals: 1 Unit | | | | | | | | 26,040.00 |
| **Service Loaners** | | | | | | | | |
| | 5NPEU46F67H | 167194 | 2007 | HYUN | SONATA GL | S/L | 7/3/2006 | 20,904.36 → loaned to cust |
| | 5NPEU46F07H | 177450 | 2007 | HYUN | SONATA GL | S/L | 7/3/2006 | 20,206.98 → |
| | 5NPEU46F67H | 182465 | 2007 | HYUN | SONATA GL | S/L | 7/3/2006 | 20,904.32 |
| | 5NPEU46F67H | 183334 | 2007 | HYUN | SONATA GL | S/L | 7/3/2006 | 20,110.50 → " " " |
| | KMHFU45E85A | 426557 | 2005 | HYUN | XG350/ L | | 11/2/2006 | 20,086.40 |
| Collateral Totals: 5 Units | | | | | | | | 102,212.72 |
| **New Hyundai Vehicles** | | | | | | | | |
| | 5NMSG13D37H | 002117 | 2007 | HYUN | SANTA | FE | 7/14/2006 | 22,042.00 |
| | 5NMSH13E37H | 004441 | 2007 | HYUN | SANTA | FE | 6/30/2006 | 23,305.00 |
| | 5NMSG13D77H | 006753 | 2007 | HYUN | SANTA | FE | 7/5/2006 | 22,042.00 |
| | 5NMSG13D47H | 006964 | 2007 | HYUN | SANTA | FE | 7/5/2006 | 23,572.00 |
| | 5NMSH13E67H | 007477 | 2007 | HYUN | SANTA | FE | 7/5/2006 | 25,098.00 |
| | KMHCM36C57U | 006338 | 2007 | HYUN | ACCENT | | 7/5/2006 | 12,091.00 |
| | 5NMSH13E47H | 009454 | 2007 | HYUN | SANTA | FE | 7/5/2006 | 23,215.00 |
| | 5NMSH13E37H | 009794 | 2007 | HYUN | SANTA | FE | 7/7/2006 | 23,215.00 |
| | KNDMC233076 | 014630 | 2007 | HYUN | ENTOURAGE | | 9/29/2006 | 26,408.00 |
| | KNDMC233076 | 019004 | 2007 | HYUN | ENTOURAGE | | 7/3/2006 | 25,792.00 |
| | KNDMC233176 | 019738 | 2007 | HYUN | ENTOURAGE | | 7/3/2006 | 23,706.00 |
| | KNDMC233176 | 021554 | 2007 | HYUN | ENTOURAGE | | 7/3/2006 | 23,735.00 |
| | KNDMC233076 | 022170 | 2007 | HYUN | ENTOURAGE | | 7/3/2006 | 26,619.00 |
| | 5NPEU46F86H | 077680 | 2006 | HYUN | SONATA GL | S/L | 2/15/2006 | 23,385.00 |
| | 5NPEU46F56H | 078914 | 2006 | HYUN | SONATA GL | S/L | 2/15/2006 | 23,385.00 |
| | 5NPEU46F86H | 093762 | 2006 | HYUN | SONATA GL | S/L | 2/17/2006 | 22,061.00 |
| | KM8JN72D015U | 098210 | 2005 | HYUN | TUCSON | | 3/2/2005 | 15,459.50 |
| | KMHFC46F19A | 121686 | 2006 | HYUN | AZERA | SE/LIM | 8/23/2006 | 27,732.00 → DEMO in LR |
| | 5NPEU46C46H | 128367 | 2006 | HYUN | SONATA | GL | 3/1/2006 | 19,826.00 |
| | 5NPEU46CX6H | 128907 | 2006 | HYUN | SONATA | GL | 3/6/2006 | 20,332.00 |
| | 5NPEU46F67H | 160382 | 2007 | HYUN | SONATA | BA | 7/3/2006 | 22,152.00 |
| | 5NPEU46C86H | 172756 | 2006 | HYUN | SONATA GL | BA | 5/10/2006 | 19,826.00 |
| | 5NPEU46FX7H | 173017 | 2007 | HYUN | SONATA GL | BA | 7/10/2006 | 20,521.00 |
| | 5NPEU46F47H | 176575 | 2007 | HYUN | SONATA GL | BA | 7/10/2006 | 21,018.00 |
| | 5NPEU46F07H | 176840 | 2007 | HYUN | SONATA GL | BA | 6/30/2006 | 21,198.00 |
| | 5NPEU46F07H | 167251 | 2007 | HYUN | SONATA GL | BA | 7/12/2006 | 20,521.00 |
| | 5NPEU46F87H | 167896 | 2007 | HYUN | SONATA GL | S/L | 10/10/2006 | 23,907.00 |
| | 5NPEU46F87H | 188517 | 2007 | HYUN | SONATA GL | BA | 7/31/2006 | 20,521.00 |
| | KMHDN46D56U | 234801 | 2005 | HYUN | ELANTRA G | LS/ | 12/21/2005 | 13,896.00 |
| | KMHDN46D25U | 246100 | 2005 | HYUN | ELANTRA G | LS/ | 1/30/2006 | 14,749.00 |
| | KMHCG35C15U | 362993 | 2005 | HYUN | ACCENT GT | /GL | 12/7/2005 | 10,364.00 |
| | KMHCG35C55U | 364102 | 2005 | HYUN | ACCENT GT | /GL | 12/21/2005 | 11,810.00 |
| | KMHCG35C05U | 364542 | 2005 | HYUN | ACCENT GT | /GL | 1/2/2006 | 11,175.00 |
| | KM8JN12D86U | 390641 | 2005 | HYUN | TUCSON | | 7/3/2006 | 22,242.00 |
| Collateral Totals: 34 Units | | | | | | | | 718,706.50 |
| **Used Vehicles** | | | | | | | | |
| H06206A | ✓ 5NPEU46F86H | 010431 | 2006 | HYUN | SONATA GL | BA | 6/13/2006 | 17,616.00 |
| | ✓ 2CNDL13F656 | 029768 | 2005 | CHEV | EQUINOX | | 6/19/2006 | 11,225.00 } on the lot |
| | ✓ 1G1JC524627 | 185432 | 2002 | CHEV | CAVALIER/ | CAV | 6/22/2006 | 4,850.00 |
| H06224A | ✓ 2HJYK16526H | 502644 | 2005 | HOND | RTL | | 5/2/2006 | 23,340.00 |
| H06215A | ✓ KMHCG45C75U | 648963 | 2005 | HYUN | ACCENT GL | | 7/14/2006 | 7,240.00 |
| H06234A | ✓ KMHWF25SX4A | 985451 | 2004 | HYUN | SONATA GL | | 8/18/2006 | 7,620.00 |
| Collateral Totals: 6 Units | | | | | | | | 72,891.00 |
| **Dealer Totals: 46 Units** | | | | | | | | 911,850.22 |

→ All others shown are on Pine Bluff prop unless otherwise noted above – JPM [signature]

### SOLD AND UNPAID UNITS AS OF 12/20/06

| Vin | Last 6 | Year | Make | Model | | Effective Date | Principal | |
|---|---|---|---|---|---|---|---|---|
| 5NPEU46F36H | 078037 | 2006 | HYUN | SONATA GL | BA | 10/23/2006 | 23,385.00 | SOLD |
| 5NMSG13D57H | 002071 | 2007 | HYUN | SANTA | FE | 7/5/2006 | 22,042.00 | SOLD |
| 5NMSH13E67H | 005357 | 2007 | HYUN | SANTA | FE | 7/5/2006 | 26,185.00 | SOLD |
| 5NMSH13E37H | 010420 | 2007 | HYUN | SANTA | FE | 7/5/2006 | 26,950.00 | SOLD |
| KM8SC13D76U | 033031 | 2006 | HYUN | SANTA | FE | 10/12/2006 | 21,680.00 | SOLD |
| KM8SC13E16U | 036262 | 2006 | HYUN | SANTA | FE | 10/12/2006 | 22,391.00 | SOLD |
| KM8SC13E76U | 040067 | 2006 | HYUN | SANTA | FE | 10/12/2006 | 22,337.00 | SOLD |
| KM8SC13D76U | 047287 | 2006 | HYUN | SANTA | FE | 10/10/2005 | 13,712.02 | SOLD |
| KM8SC13D56U | 055470 | 2006 | HYUN | SANTA | FE | 10/12/2005 | 22,494.00 | SOLD |
| KMHFC46F76A | 096169 | 2006 | HYUN | AZERA | SE/LIM | 6/12/2006 | 26,705.00 | SOLD |
| 5NPEU46C66H | 129699 | 2006 | HYUN | SONATA GL | S/L | 3/6/2006 | 19,826.00 | SOLD |
| 5NPET46C47H | 178755 | 2007 | HYUN | SONATA GL | | 7/3/2006 | 18,368.00 | SOLD |
| KMHDN46D96U | 262231 | 2006 | HYUN | ELANTRA G | LS/ | 2/20/2006 | 14,487.00 | SOLD |
| KMHDN46D86U | 263192 | 2006 | HYUN | ELANTRA G | LS/ | 2/20/2006 | 14,487.00 | SOLD |
| KMHDN46D26U | 263351 | 2006 | HYUN | ELANTRA G | LS/ | 3/1/2006 | 14,502.00 | SOLD |
| KM8JN12D76U | 304502 | 2006 | HYUN | TUCSON | | 7/3/2006 | 20,836.00 | SOLD |
| KM8JN12B06U | 413711 | 2006 | HYUN | TUCSON | | 6/26/2006 | 18,151.00 | SOLD |
| KM8JN12D86U | 441786 | 2006 | HYUN | TUCSON | | 7/3/2006 | 20,836.00 | SOLD |
| KM8JN12B76U | 468992 | 2006 | HYUN | TUCSON | | 6/21/2006 | 19,061.00 | SOLD |
| KM8JM12B16U | 476285 | 2006 | HYUN | TUCSON | | 7/12/2006 | 19,122.00 | SOLD |
| 1G2NW12E55M | 126801 | 2005 | PONT | GRAND | AM GT | 4/21/2006 | 10,980.00 | SOLD |
| KMHCG35C73U | 257128 | 2003 | HYUN | ACCENT GS | | 4/28/2006 | 8,940.00 | SOLD |
| 1GNDS13S122 | 270461 | 2002 | CHEV | TRAILB LAZ | ER | 4/28/2006 | 11,185.00 | SOLD |
| 5TBRT34164S | 456828 | 2004 | TOYT | TUNDRA AC | CE6 | 4/21/2006 | 15,965.00 | SOLD |
| 24 UNITS | | | | | TOTAL SOLD AND UNPAID | | 445,552.02 | |

} Sold & Delivered

**EXHIBIT A**