**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| **HYUNDAI MOTOR FINANCE COMPANY** | **PLAINTIFF** |
| v. 4:06CV01714 -WRW | |
| **MCKAY MOTORS I, LLC AND JOHN P. MCKAY, JR.** | **DEFENDANTS/COUNTER-CLAIMANTS THIRD-PARTY PLAINTIFF** |
| **HYUNDAI MOTOR AMERICA, INC.** | **THIRD-PARTY DEFENDANT** |
| **MERCHANTS & PLANTERS BANK, CLARENDON** | **INTERVENOR** |

<u>**ORDER**</u>

On April 24, 2007, the Court resumed the replevin hearing,[1] which began on April 3, 2007. Plaintiff, Hyundai Motor Finance Company ("Hyundai Finance"), appeared by its authorized representative, Larry Johnson and by its attorneys, Wright, Lindsey & Jennings LLP by Charles T. Coleman. Defendants, McKay Motors I LLC ("McKay Motors") and John P. McKay, Jr., appeared by John P. McKay, Jr. and by their attorney Morgan E. Welch. Intervenor, Merchants and Planters Bank of Clarendon, appeared by its attorney, Baxter Sharp.

Upon consideration of the pleadings, statements of counsel, agreement of parties, other evidence, proof, and the Court being fully advised finds and order as follows:

1. Merchants and Planters Bank of Clarendon has stipulated that its security interest in the equipment of McKay Motors is second in priority to the security interest claimed by Hyundai Finance.

---

[1] Ark. Code Ann. § 18-60-806 (2005 Supp.) .

2. The motion by Hyundai Finance to dismiss the claim for intervention of Merchants and Planters Bank is DENIED, and the parties are directed to respond to the claim for intervention within the time permitted by the Federal Rules of Civil Procedure.

3. Defendants, McKay Motors and John P. McKay are ordered to immediately deliver into the possession of Hyundai Finance the motor vehicles described in Exhibit A attached to this order that Hyundai Finance claims as its collateral. In the event the defendants fail to immediately deliver the described motor vehicles to Hyundai Finance, Hyundai Finance shall be entitled to use all reasonable means to remove the vehicles from the business premises or in the alternative, United States Marshal, the Jefferson County Sheriff or other authorized official, may take possession of the described vehicles, wherever located and deliver them to Hyundai Finance. The Jefferson County Sheriff, United States Marshal, or other authorized official is directed and authorized to use all reasonable force necessary to enter the premises in order to obtain possession of the described vehicles. No bonds are required. Hyundai Finance is authorized to proceed with the liquidation of the described motor vehicles under the Uniform Commercial Code and will apply the net proceeds obtained from the disposition of the motor vehicles to indebtedness owed to Hyundai Finance by the defendants.

4. No bond was ordered, despite the objection of defendants.

5. The Court will be in recess until May 2, 2007 at 9:00 a.m. at which time the Court will resume the replevin hearing. In the event the parties desire to file supplemental briefs, they should be no longer than three pages and filed on or before 12:00 noon on May 1, 2007.

IT IS SO ORDERED this 1st day of May, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE