IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HYUNDAI MOTOR FINANCE COMPANY**                                        **PLAINTIFF**

v.                          4:06CV01714 -WRW

**MCKAY MOTORS I, LLC AND
JOHN P. MCKAY, JR.
DEFENDANTS/COUNTER-                                  CLAIMANTS THIRD-
                                                     PARTY PLAINTIFF**

**HYUNDAI MOTOR
AMERICA, INC.                                        THIRD-PARTY DEFENDANT**

**MERCHANTS & PLANTERS
BANK, CLARENDON**
                                                          **INTERVENOR**

## ORDER

On May 2, 2007, the Court resumed the replevin hearing which began on April 3, 2007 and was continued to April 24, 2007. Plaintiff Hyundai Motor Finance Company ("Hyundai Finance") appeared by its authorized representative, Larry Johnson and by its attorneys, Wright, Lindsey & Jennings LLP by Charles T. Coleman. Defendants, McKay Motors I LLC ("McKay Motors") and John P. McKay, Jr. appeared by John P. McKay, Jr. and by their attorneys Morgan E. Welch and Bryce Brewer. Intervenor, Merchants and Planters Bank of Clarendon appeared by its attorney, Baxter Sharp.

Upon consideration of the pleadings, statements of counsel, agreement of parties, other evidence and proof and the Court being fully advised finds and order as follows:

Defendants, McKay Motors and John P. McKay are ordered to immediately make available to or deliver into the possession of Hyundai Finance (i) all personal property of McKay Motors held for sale or lease including, but not limited to motor vehicle parts,

display or demonstration items, returns and repossessions, and all accessories and additions or accessions thereto, and (ii) all office furniture, shop equipment, computer equipment and records, tools, lease improvements and other personal property owned by McKay Motors, that Hyundai Finance claims as its collateral (the "Collateral").  The Collateral does not include the golf cart located on the business premises bearing the serial number JN6-303588.

In the event the defendants fail to immediately deliver the described Collateral to Hyundai Finance, Hyundai Finance will be entitled to use all reasonable means to take possession of the Collateral or in the alternative, the United States Marshal, the Jefferson County Sheriff or other authorized official, may take possession of the described Collateral, wherever located and deliver the Collateral to Hyundai Finance. The Jefferson County Sheriff, United States Marshal, or other authorized official is directed and authorized to use all reasonable force necessary to enter the premises in order to obtain possession of the described Collateral.  No bond will be required.

Hyundai Finance is authorized to proceed with the liquidation of the described Collateral in a commercially reasonable manner under the Uniform Commercial Code and will apply the net proceeds obtained from the disposition of the Collateral to the indebtedness owed to Hyundai Finance by the defendants.  Hyundai Finance will provide Merchants & Planters Bank with notice of its intended disposition of the Collateral.

No bond was ordered, despite the objection of defendants.  Defendants also objected to the right of possession being awarded Hyundai Finance.

IT IS SO ORDERED this 8th day of May, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE