**IN THE UNITED STATE DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**HYUNDAI MOTOR FINANCE COMPANY**                              **PLAINTIFF**

v.                           4:06CV-001714-WRW

**MCKAY MOTORS LLC AND**
**JOHN P. MCKAY, JR.**             **DEFENDANTS / THIRD-PARTY PLAINTIFFS**

v.

**HYUNDAI MOTOR AMERICA, INC**        **THIRD-PARTY DEFENDANT**

**MERCHANTS & PLANTERS BANK,**
**CLARENDON**                                         **INTERVENOR**

**ORDER**

Pending is Eric Wewers's and the law firm of Hare, Wynn, Newell, and Newton's Motion for Entry of Appearance[1] on behalf of Defendants/Third-Party Plaintiffs. This motion also includes a request for a continuance and an extension of discovery deadlines.

Plaintiff/Third-Party Defendant objects to a continuance.

For good cause shown, the motion is GRANTED. The Clerk of the Court is directed to designate Eric Wewers and Paul Byrd with Hare,Wynn, Newell and Newton as attorneys of record. The trial date of February 5, 2008 is continued and a new scheduling order will be issued.

---

[1]Doc. No. 60.

1

IT IS SO ORDERED this 26th day of September 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE