# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**HYUNDAI MOTOR FINANCE CO.**                                                          **PLAINTIFF**

**v.**                                     **4:06-CV-01714-WRW**

**MCKAY MOTORS LLC, et al**                                                          **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion to Compel (Doc. No. 94), which was filed on April 24, 2008. Defendants' response was due on May 8, 2008.

On May 15, 2008, I sent a letter to Defendants, which reads:

I have received Plaintiff's Motion to Compel, which was filed on April 24, 2008, and it appears to be well taken.

I assume that since you have not filed a response, you agree with Plaintiff's position. If you choose not to respond by 5:00 p.m. on Thursday, May 22, 2008, I will grant the motion.[1]

Defendants have not responded.

Plaintiff's Motion to Compel (Doc. No. 94) is GRANTED. Defendants are directed to respond to Plaintiff's discovery requests by 5 p.m., Wednesday, June 4, 2008.

IT IS SO ORDERED this 28th day of May, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 99.

1