**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**HYUNDAI MOTOR FINANCE COMPANY**                                    **PLAINTIFF**

**VS.**                                           **4:06-CV-1714-WRW**

**MCKAY MOTORS I, LLC &**
**JOHN P. MCKAY, JR.**                          **DEFENDANT/COUNTER-CLAIMANTS**
                                                         **THIRD-PARTY PLAINTIFFS**

**HYUNDAI MOTOR AMERICA, INC.**                **THIRD-PARTY DEFENDANT**

## ORDER

**I.    Lay Opinion Testimony**

It appears to me that this testimony will probably be admissible, depending on how it develops at the trial.

**II.   Evidence Related to Moncrief Purchase**

I am not sure why either party wants this evidence in or out, but I am not willing to exclude it at this point.

**III.  McKay and Company, LLC**

Evidence regarding the alleged harm to McKay and Company, LLC appears to admissible. It appears that McKay Motors I, LLC is a classic third party beneficiary.

IT IS SO ORDERED this 12th day of June, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE