```
           IN THE UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

HYUNDAI MOTOR FINANCE COMPANY                           PLAINTIFF

    vs.                    4:06CV01714-WRW

McKAY MOTORS I, LLC, et al                              DEFENDANTS


McKAY MOTORS I, LLC, et al              THIRD PARTY PLAINTIFFS
                                                 COUNTERCLAIMANT

    vs

HYUNDAI MOTOR AMERICA, INC.              THIRD PARTY DEFENDANT
                                                COUNTERDEFENDANT


### JUDGMENT ON JURY VERDICT

This action came on for trial June 17, 2008, before the Court and a jury, the Honorable William R. Wilson, Jr., United States District Judge presiding. The issues having been duly tried and the jury having rendered its verdict by answering Interrogatory #1 through Interrogatory #8 on June 23, 2008; now therefore, pursuant to those answers,

IT IS ORDERED AND ADJUDGED that the plaintiff, Hyundai Motor Finance Company, is awarded Two Hundred Seventy-Six and No/100 Dollars ($276,000.00) plus post judgment interest at the rate of 2/57 percent until paid against the defendants, McKay Motors I, LLC and John P McKay, Jr. The Third Party Complaint and Counterclaim filed are dismissed.

IT IS SO ORDERED this 25th day of June, 2008.

                                                  /s/Wm. R. Wilson, Jr.
                                     UNITED STATES DISTRICT JUDGE

jdgjyinterog.Hyundai.wpd