```
              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF ARKANSAS
                        WESTERN DIVISION


HYUNDAI MOTOR FINANCE COMPANY                            PLAINTIFF

     vs.                    4:06CV01714-WRW

McKAY MOTORS I, LLC, et al                              DEFENDANTS


McKAY MOTORS I, LLC, et al                   THIRD PARTY PLAINTIFFS
                                                     COUNTERCLAIMANT

     vs

HYUNDAI MOTOR AMERICA, INC.                   THIRD PARTY DEFENDANT
                                                    COUNTERDEFENDANT
```

## AMENDED JUDGMENT ON JURY VERDICT

This action came on for trial June 17, 2008, before the Court and a jury, the Honorable William R. Wilson, Jr., United States District Judge presiding.  The issues having been duly tried and the jury having rendered its verdict by answering Interrogatory #1 through Interrogatory #8 on June 23, 2008; now therefore, pursuant to those answers,

IT IS ORDERED AND ADJUDGED that the plaintiff, Hyundai Motor Finance Company, is awarded Two Hundred Seventy-Six Thousand and No/100 Dollars ($276,000.00) plus post judgment interest at the rate of 2.57 percent until paid against the defendants, McKay Motors I, LLC and John P McKay, Jr.  The Third Party Complaint and Counterclaim filed are dismissed.

This Amended Judgment on Jury Verdict replaces the Judgment on Jury Verdict (doc #126) which was entered on June 25, 2008.

IT IS SO ORDERED this 4th day of August, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

jdgjyinterog.Hyundai.wpd