**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**HYUNDAI MOTOR FINANCE COMPANY**                                       **PLAINTIFF**

**VS.**                                  **4:06CV01714-WRW**

**MCKAY MOTORS I, LLC &
JOHN P. MCKAY, JR.**                            **DEFENDANT/COUNTER-CLAIMANTS
                                                 THIRD-PARTY PLAINTIFFS**

**HYUNDAI MOTOR AMERICA, INC.**               **THIRD-PARTY DEFENDANT**

### ORDER

Pending is Plaintiff's Motion for Attorney's Fees (Doc. No. 129). Defendants have responded[1] and Plaintiff has replied.[2]

Plaintiff's motion for attorney's fees and costs requested $325,000.[3] In a September 3, 2008, letter order, I directed Plaintiff to file a supplemental itemization of fees and costs which would assist me when considering the issue.[4] Plaintiff filed the addendum on September 17, 2008.[5] The addendum included fees and costs incurred by Plaintiff through July 3, 2008, and the new figure, when calculated, amounts to $262,796.75.[6]

---

[1] Doc. No. 133.

[2] Doc. No. 135.

[3] Doc. No. 129.  The original amount only included an "estimate" of the amount of attorney's fees and costs for June of 2008. I now have a itemized list of fees and costs for that month.  See Doc. No. 141.

[4] Doc. No. 139.

[5] Doc. No. 141.

[6] *Id.*

In an October 2, 2008, letter order, I allowed Defendants until 5:00 p.m. on Monday, October 6, 2008 to file objections to Plaintiff's addendum.[7] Defendants did not respond, so Plaintiff's motion will be granted as the "prevailing party" under Arkansas statutory law.[8]

However, Plaintiff's latest submission[9] includes time spent preparing post-trial motions and lunch expenses at The Little Rock Club during trial. I do not believe that time spent on post-trial motions -- other than the motion for attorney's fees -- or lunch is recoverable.[10]

Accordingly, since Defendants have not objected and the time for doing so has passed, I find that Plaintiff is entitled to reasonable attorney's fees and costs in the amount of $260,390.29.

IT IS SO ORDERED this 8th day of October, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[7]Doc. No. 145.

[8]See Ark. Code Ann. § 16-22-308.

[9]Doc. No. 141.

[10]I am referring to $2,076.59 in attorney's fees for preparing post-trial motions (excluding the motion for attorney's fees) and $329.87 for lunch at The Little Rock Club. As a result, $2,406.46 will be subtracted from the total amount awarded to Plaintiff.